UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Bruce Allen Carlson,
        Debtor.                               BKY 09-50058

Helmut A. Tornquist and
Laurie Tornquist,
        plaintiffs,
vs.

Bruce Allen Carlson
        defendants.                        ADV 09-5006

JUDGMENT

The Court having made and entered its order for judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.      That plaintiffs recover of the defendant the sum of $50,000.00 as of March 17, 2010, which includes all costs, fees, interest, and any and all obligations which defendant may or could have owed plaintiffs other than that certain award of $1,627.95 awarded by the Court herein pursuant to its order of Sept. 22, 2009 (hereafter referred to as the "discovery fees award".) referred to in paragraph 2 below. Said amount is excepted from discharge pursuant to 11 U.S.C. 522(a)(2)(A).

    2.      That plaintiffs additionally recover of the defendant the sum of $1,627.95 as of March 17, 2010, which includes all costs, fees, interest, and any and all obligations which defendant may or could have owed plaintiffs other than the amount set forth in paragraph 1 above.

    3.      The total amount which plaintiffs shall recover of defendant is, therefore, $51,627.95 as of March 17, 2010.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/13/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

     4.     Interest will accrue from March 17, 2010 on said $51,627.95 at the judgment rate established by 28 U.S.C. 1961.

     5.     Plaintiffs shall take no action to collect said $50,000.00 referred to in paragraph 1 prior to March 17, 2015. Nor will persons claiming under or through them, nor persons on behalf of plaintiffs.

     6.     After March 17, 2015, plaintiffs are free to take such collection action as they may wish.

     7.     Plaintiffs are free to take collection action regarding the $1,627.95 "discovery fees award" at any time that they wish (in other words, prior to March 17, 2015).

     Lori A. Vosejpka, Clerk of Court

     By\_\_\_\_Judy Brooks_____
     Deputy Clerk